(108 So. 924)

C. M. KING v. STATE. (1 Div. 646.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge. Assault and battery.

RICE, J. Affirmed.

---

(106 So. 920)

Hastings KIRKLAND v. STATE. (4 Div. 71.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Conspiracy.

SAMFORD, J. Appeal dismissed.

---

(108 So. 925)

J. E. LACEY v. Louisa LEWIS. (6 Div. 893.) (Court of Appeals of Alabama. April 22, 1926.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(108 So. 925)

Joe V. LACEY v. Eula V. MORRIS. (6 Div. 868.) (Court of Appeals of Alabama. April 22, 1926.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(110 So. 922)

R. A. LAND v. B. F. DAVIS. (2 Div. 356.) (Court of Appeals of Alabama. Nov. 18, 1926.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(106 So. 920)

John LANGFORD v. STATE. (2 Div. 361.) (Court of Appeals of Alabama. Dec. 3, 1925.) Appeal from Circuit Court, Hale County; S. F. Hobbs, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(106 So. 920)

Omer Cerrill LA POINTE v. STATE. (6 Div. 848.) (Court of Appeals of Alabama.

Dec. 15, 1925.) Appeal from Circuit Court, Jefferson County; W. E. Fort, Judge. Assault. See, also, 106 So. 509.[1] Fred H. Woodard, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

---

(108 So. 925)

Joe LAVENDER v. CITY OF TUSCALOOSA. (6 Div. 911.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

---

(106 So. 920)

F. J. LEACH v. STATE. (4 Div. 98.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. McDowell & McDowell, of Eufaula, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The charge against appellant was that "he did own and operate a motor truck upon a highway in the state, without having first paid for and taken out a license therefor, in the manner provided by law, contrary to law." The court has read the evidence en banc, and we are of the opinion that the allegations of the complaint were not proved, and that the general affirmative charge in his favor should have been given at appellant's request. For the error in its refusal, the judgment is reversed, and the cause remanded. Reversed and remanded.

---

(106 So. 920)

Otis LEE v. STATE. (7 Div. 166.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge. Distilling.

RICE, J. Appeal dismissed.

---

(109 So. 925)

Nathan LEE v. STATE. (7 Div. 234.) (Court of Appeals of Alabama. Aug. 31, 1926.) Appeal from Circuit Court, Talladega County; R. B. Carr, Judge. M. N. Manning, of Talladega, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Appeal dismissed.

---

(110 So. 922)

Buster LEE v. STATE. (2 Div. 371.) (Court of Appeals of Alabama. Nov. 2, 1926.) Appeal from Circuit Court, Greene County; John McKinley, Judge. Assault to murder.

RICE, J. Affirmed.